KEITH H. RUTMAN (CSB #144175)
402 West Broadway, Suite 2010
San Diego, California 92101-8516
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Plaintiff
BRYAN MAYS

FILED
JUL 28 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BRYAN MAYS,

    Plaintiff,

v.

JASON CUNNINGHAM,
KARLA MAYS, and DOES 1-10,

    Defendants.

Case No. '10 CV 1568 H    AJB

EX PARTE MOTION TO FILE COMPLAINT UNDER SEAL

COMES NOW Plaintiff BRYAN MAYS by and through his attorney of record, and hereby requests that the Court enter an Order directing the Clerk of the Court to file the instant Complaint under seal and that it remain under seal until further Court order, except that a copy of the Complaint and other issuing documents may be provided to the Office of the Chula Vista City Attorney, which will represent Defendant JASON CUNNINGHAM in this matter.

Said Motion is based upon the instant Motion, the attached Declaration of KEITH H. RUTMAN, the records and files in this case, and any and all other matters which may be presented to the Court prior to or at the time of the hearing on this Motion.

Respectfully Submitted,

Dated: July 26, 2010

KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com

FILE UNDER SEAL.wpd

